OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division is affirmed, with costs. We note, however, that the only issue decided on this appeal is the allocation of the award owed by the State to tenant and landlord. The parties had an opportunity to litigate this issue, and we find no error in the disposition of that issue. We do not determine the rights and obligations of the landlord and the tenant, as prescribed in subdivision (c) of paragraph 26 of the lease with respect to the application of the proceeds of the award.
 

 
 *806
 
 Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum; Chief Judge Breitel taking no part.
 

 Order affirmed.